# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

KENNETH EVANS,

              Petitioner,

       v.

JOHN C. MARSHALL, Warden,

              Respondent.

NO. CV 06-00877 DDP (SS)

**JUDGMENT**

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   FEB 1 2 2009

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE